No. 73–5584.   HASTINGS  v.  CARDWELL,  WARDEN.
C. A. 6th Cir.   Certiorari denied.

No. 73–5585.   WATTS  v.  UNITED STATES.   C. A. 2d
Cir.   Certiorari denied.

No. 73–5586.   JOHNSON  v.  UNITED STATES; and
No. 73–5590.   ESTES  v.  UNITED STATES.   C. A. D. C.
Cir.   Certiorari denied.   Reported below: 158 U. S.
App. D. C. 299, 485 F. 2d 1078.

No. 73–5591.   BONOMO ET AL.  v.  UNITED STATES.
C. A. 3d Cir.   Certiorari denied.

No. 73–5592.   COCKROFT  v.  UNITED STATES.   C. A. 3d
Cir.   Certiorari denied.

No. 73–5593.   MIDDLETON  v.  UNITED STATES.   C. A.
7th Cir.   Certiorari denied.

No. 73–5599.   POWERS  v.  UNITED STATES.   C. A. 8th
Cir.   Certiorari denied.

No. 73–5607.   McWILLIAMS ET AL.  v.  TEXAS.   Ct.
Crim. App. Tex.   Certiorari denied.

No. 73–5610.   WALLING  v.  UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.

No. 73–5612.   RANDALL  v.  CALIFORNIA.   Ct. App.
Cal., 2d App. Dist.   Certiorari denied.

No. 73–5613.   BENNETT  v.  UNITED STATES.   C. A. 7th
Cir.   Certiorari  denied.

No. 73–5622.   PARENT ET AL.  v.  UNITED STATES.   C. A.
7th Cir.   Certiorari denied.